**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | No. 06-15950<br><br>D.C. No. CV-06-00282-PMP |
| SINCLAIR OIL CORPORATION,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>ONEOK ENERGY SERVICES COMPANY, L.P.,<br><br>    Defendant - Appellee. | MEMORANDUM [*] |

Appeal from the United States District Court
for the District of Nevada
Philip M. Pro, District Judge, Presiding

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

---

 [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

 [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Sinclair Oil Corporation appeals from the district court's judgment dismissing its action as barred by the Filed Rate Doctrine. We have jurisdiction pursuant to 28 U.S.C. § 1291. In light of defendant OneOK Energy Services Company, L.P.'s agreement that this case should be remanded following *E. & J. Gallo Winery v. EnCana Corp.*, 503 F.3d 1027 (9th Cir. 2007), we reverse and remand.

As the parties agreed in an October 22, 2009 filing, they shall bear their own costs on appeal.

**REVERSED and REMANDED**.